# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

IN RE: Michael Guy Barnes
Beverly Jean Barnes
Debtors

Case Number: 13-21223

## ORDER SUSTAINING OBJECTION TO CLAIM

Notice and Opportunity having been given to creditor, RBS CITIZENS NA, to respond to the Trustee's objection to claim within 30 days after the Trustee's objection dated April 07, 2017, and the creditor having failed to do so;

IT IS HEREBY ORDERED that the objection of the Trustee to Court's claim #4-2 be sustained.

It is directed that the Chapter 13 Trustee service copies, electronically or by mail, to the persons listed below.

Copies to:

RBS CITIZENS NA
CCO MORTGAGE
10561 TELEGRAPH ROAD
GLEN ALLEN, VA 23059

KENDRICK, L. CRAIG
7000 HOUSTON ROAD
BUILDING 300, SUITE 25
FLORENCE , KY 41042

MANLEY DEAS KOCHALSKI LLC
P O BOX 165028
COLUMBUS, OH 43216-5028

WELTMAN WEINBERG & REIS
% WELTMAN WEINBERG & REIS CO
525 VINE ST STE 800
CINCINNATI, OH 45202

LERNER, SAMPSON & ROTHFUSS
P O BOX 5480
CINCINNATI, OH 45201-5480

GERNER & KEARNS COMPANY LPA
7900 TANNERS GATE LANE
FLORENCE, KY 41042

GRANITE INVESTMENT GROUP
% SINGER LAW GROUP
18008 SKYPARK CIRCLE
STE 100
IRVINE, CA 92614